UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Daniel E. Gill, Thomas C. McDermott, and Jay T. Holmes,

    Plaintiffs,

v.

Bausch & Lomb Supplemental Retirement Income Plan I, Bausch & Lomb Incorporated, and Compensation Committee of the Bausch & Lomb Board of Directors,

    Defendants.

Civil Action No. 09-CV-6043 CJS

**STIPULATION AND ORDER**

FILED MAR - 5 2009 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

WHEREAS, on January 29, 2009, Plaintiffs filed their Complaint, Civil Action No.: 09-CV-6043;

WHEREAS, on Thursday, February 12, 2009, counsel for Defendants notified Plaintiffs' Counsel that they would accept service on behalf of all Defendants and requested an extension of time to answer, move against, or otherwise respond to the Complaint;

WHEREAS, counsel for Plaintiffs and Defendants have agreed upon the following stipulation, subject to approval of the Court;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective counsel, as follows:

(1) Defendants will answer, move against, or otherwise respond to the Complaint by Monday, March 30, 2009, 60 days from the filing of the Complaint.

(2) Plaintiffs will have until May 29, 2009, to oppose or otherwise respond, if necessary.

1

(3)     Defendants will have 30 days from the date Plaintiffs' opposing papers are filed to file any reply papers.

Dated: February 25, 2009

                                        Respectfully Submitted,


                                        s/Heidi S. Martinez
                                        Harold A. Kurland (hak@wnhr.com)
                                        Heidi S. Martinez (hsm@wnhr.com)
                                        WARD NORRIS HELLER & REIDY LLP
                                        300 State Street
                                        Rochester, New York 14614
                                        (585) 454-0700
                                        (585) 423-5910

                                        *Attorneys for Plaintiffs*

                                        AND

                                        s/Nicole A. Eichberger
                                        Howard Shapiro (*pro hac vice pending*)
                                        Nicole A. Eichberger (*pro hac vice pending*)
                                        PROSKAUER ROSE LLP
                                        650 Poydras Street, Suite 1800
                                        New Orleans, LA 70130
                                        (504) 310-4088
                                        (504) 310-2022

                                        *Attorneys for Defendants*


SO ORDERED this __3__ day of __Mar__, 2009:


_____
Honorable Charles J. Siragusa
United States District Judge