

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DANIEL E. GILL, et al.,

          Plaintiffs,

    v.

BAUSCH & LOMB SUPPLEMENTAL
RETIREMENT INCOME PLAN I, et al.,

          Defendants.
_____

MOTION SCHEDULING ORDER

09-CV-6043CJS

        A motion to compel (# 33) having been filed on March 15, 2010, by plaintiffs in the above-captioned case, it is hereby

        ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **April 12, 2010**; and it is further

        ORDERED, that since the moving party has stated, pursuant to Western District of New York Local Rules of Civil Procedure, Rule 7.1(c), in the notice of motion that the moving party intends to file and serve reply papers, such papers must be filed and served on or before **April 26, 2010**; and it is further

        ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7.1 and 5.2 **(papers not in compliance will not be considered)**; and it is further

        ORDERED, that oral argument will be heard before the undersigned on **May 19, 2010**, at **2:00 p.m.** at 2310 United States Courthouse, 100 State Street, Rochester, New York; and it is further

**ORDERED, THAT ONE COURTESY COPY OF EACH FILING BE PROVIDED TO THE COURT.**

                                                        */s/ Marian W. Payson*  
                                                        MARIAN W. PAYSON  
                                                     United States Magistrate Judge

Dated: Rochester, New York  
       March 22, 2010