UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DANIEL E. GILL, et al.,

        Plaintiffs,

v.

BAUSCH & LOMB SUPPLEMENTAL
RETIREMENT INCOME PLAN I,
et al.,

        Defendants.

---

<u>MOTION SCHEDULING ORDER</u>

09-CV-6043CJS

      A motion for a protective order (# 36) having been filed on April 12, 2010, by defendants in the above-captioned case, it is hereby

      ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **April 26, 2010**; and it is further

      ORDERED, that since the moving party has stated, pursuant to Western District of New York Local Rules of Civil Procedure, Rule 7.1(c), in the notice of motion that the moving party intends to file and serve reply papers, such papers must be filed and served on or before **May 10, 2010**; and it is further

      ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7.1 and 5.2 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that oral argument will be heard before the undersigned on **May 19, 2010**, at **2:00 p.m.** at 2310 United States Courthouse, 100 State Street, Rochester, New York; and it is further

**ORDERED, THAT ONE COURTESY COPY OF EACH FILING BE PROVIDED TO THE COURT.**

*Marian W Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
April 14, 2010